IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:99CR123 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DONALD A. MC PHERSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for an extension of time by defendant Donald A. McPherson (McPherson) (Filing No. 9). McPherson seeks an extension of time in which to file pretrial motions pursuant to paragraph 3 of the progression order and for a continuance of the trial date. Defense counsel represents to the court that counsel for the government has no objection to the extension. McPherson has submitted an affidavit in accordance with paragraph 9 of the progression order whereby McPherson consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act (Filing No. 9). Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Defendant McPherson's motion for an extension of time (Filing No. 9) is granted. Defendant McPherson is given until **on or before July 15, 2005,** in which to file pretrial motions pursuant to the progression order (Filing No. 7). The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **July 1, 2005 and July 15, 2005**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The

failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

     2.    The tentative setting of an evidentiary hearing for 9:00 p.m. on July 8, 2005, is **canceled** and will be re-scheduled in the event any pretrial motions are filed in accordance with this order.

     3.    Trial of this matter scheduled for August 1, 2005, is canceled and will be rescheduled following the disposition of any pretrial motions filed in accordance with this order.

DATED this 1st day of July, 2005.

                                         BY THE COURT:

                                         s/Thomas D. Thalken
                                         United States Magistrate Judge