IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:99CR123 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DONALD A. MC PHERSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Donald A. McPherson (McPherson) to continue the pretrial motion deadline (Filing No. 13). Previously, McPherson moved for an extension of the pretrial motion deadline (Filing No. 9) which was granted (Filing No. 10). At that time, the pretrial motion deadline was extended to July 15, 2005. No motions were filed within the deadline nor was there any request to extend the deadline prior to the expiration of the July 15, 2005, deadline. Consequently, on July 18, 2005, this matter was set for trial on August 23, 2005 (Filing No. 11). On August 8, 2005, Judge Smith Camp issued an order regarding trial preparation apparently prompting the instant motion filed on August 9, 2005.

The motion to extend the pretrial motion deadline is untimely and unsupported by a showing of good cause. The motion does not specify what motions would be filed and why such motions could not be filed within the previously established deadlines.

The motion to continue (Filing No. 13) is denied. This matter remains for trial before Judge Smith Camp and a jury on August 23, 2005, unless otherwise disposed of by plea.

**IT IS SO ORDERED.**

DATED this 10th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge